# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| In Re: | )<br>)<br>) Case No. 3:24-bk-30018-SHB |
| UNITED VETERAN BUILDERS, LLC, | ) Chapter 7 |
| | ) Judge Suzanne H. Bauknight |
| Debtor. | )<br>) |

## NOTICE OF LIMITED APPEARANCE AND REQUEST FOR NOTICE

TO THE DEBTOR, ITS ATTORNEY OF RECORD, AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT Baker, Donelson, Bearman, Caldwell & Berkowitz, PC hereby files its appearance pursuant to Fed. R. Bankr. P. 9010 in connection with the above captioned Chapter 7 case on behalf of U.S. Bank National Association d/b/a U.S. Bank Equipment Finance.

PLEASE TAKE FURTHER NOTICE that all notices forwarded in this case to U.S. Bank National Association d/b/a U.S. Bank Equipment Finance should be forwarded pursuant to Fed. R. Bankr. R. 2002(g) to the following:

Erno D. Lindner
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Attorneys for U.S. Bank National Association d/b/a U.S. Bank Equipment Finance
633 Chestnut Street, Suite 1900
Chattanooga, Tennessee 37450
Telephone : 423.209.4206
Telecopier: 423.756.3447

PLEASE TAKE FURTHER NOTICE that pursuant to Fed. R. Bankr. P. 2002(a)(b) and (f) the undersigned hereby requests that all notices given or required to be given in this case, and

4854-9250-4219

all papers served, or required to be served in this case, be given to and served upon the undersigned at the above referenced address.

The foregoing request includes not only notices and papers referred to in the above specified Rules and other applicable provisions, but also includes, without limitation, Orders and Notices of all filings with respect to any application, Motion, Petition, Pleading, request Complaint or Demand, whether formal or informal, whether written, transmitted or conveyed by email, mail, delivery, telephone, telegraph, telex, telecopier, otherwise affects or seeks to affect in any way, any rights or interest of the Debtor or any creditor, equity security holder, party in interest, and/or any other person or entity.

Date: <u>January 9, 2024</u>.

        Respectfully Submitted,

        BAKER, DONELSON, BEARMAN,
        CALDWELL & BERKOWITZ, PC

        /s/ Erno D. Lindner
        Erno D. Lindner (TN #029273)
        633 Chestnut Street
        Suite 1900
        Chattanooga, Tennessee 37450
        Phone  423.209.4206
        Fax      423.756.3447
        Email: elindner@bakerdonelson.com

        ***Attorneys for U.S. Bank National Association d/b/a U.S. Bank Equipment Finance***

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on the 9th day of January, 2024, a copy of the foregoing electronically filed pleading was served on the parties listed below by first-class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

| | |
|---|---|
| William E. Maddox, Jr.<br>William E. Maddox, Jr., LLC<br>P. O. Box 31287<br>Knoxville, TN 37930 | United States Trustee<br>800 Market Street, Suite 114<br>Howard H. Baker Jr. U.S. Courthouse<br>Knoxville, TN 37902 |
| Heather Ellis Banks<br>Mostoller, Stulberg, Whitfield,<br>   Allen & Tippett<br>136 S. Illinois Ave., Suite 104<br>Oak Ridge, TN 37830-6295 | |

      /s/ Erno D. Lindner

4854-9250-4219