United States Bankruptcy Court
Eastern District of Tennessee

In re:  
United Veteran Builders, LLC  
    Debtor

Case No. 24-30018-SHB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0649-3     User: admin     Page 1 of 2  
Date Rcvd: Jan 08, 2024     Form ID: 309C     Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 13599333 | + | Acculynx, 705 3rd St, Suite 380, Beloit, WI 53511-4422 |
| 13599334 | + | Angi s List & Homeadvisor, 3601 Walnut St. # 81, Denver, CO 80205-4203 |
| 13599335 | + | Birkshire Hathaway GUARD, Po Box Ah, 39 Public Square, Wilkes Barre, PA 18701-2502 |
| 13599336 | + | Celtic Bank Corporation & Bluevine, 268 State St, Salt Lake City, UT 84111-5314 |
| 13599337 | + | Clipper Magazine, 4139 Oregon Pike, Ephrata, PA 17522-9550 |
| 13599338 | + | Cumulis Media (WIVK), 3640 Momentum Place, Chicago, IL 60689-0001 |
| 13599339 | + | David Beiler, 10413 Kingston Pike ste 202, Knoxville, TN 37922-3299 |
| 13599340 | + | Effectv, Po Box 415949, Boston, MA 02241-5949 |
| 13599341 | | First Utility District, Department 1340, PO Box 2153, Birmingham, AL 35287-1340 |
| 13599342 | | KUB, PO Box 59017, Knoxville, TN 37950-9017 |
| 13599343 | | Lenoir City Utilities Board, P.O. box 449, Lenoir City, TN 37771-0449 |
| 13599344 | + | MH2 Media, 1125 Ansley Woods Way, Knoxville, TN 37923-6795 |
| 13599345 | + | Mulligan Funding, Llc, 4715 Viewridge Ave, San Diego, CA 92123-1658 |
| 13599346 | + | Salesforce inc, 2975 Regent Blvd, Irving, TX 75063-3155 |
| 13599348 | + | State Farm Insurance, 248 N. Peters Rd Ste 4, Knoxville, TN 37923-4925 |
| 13599349 | + | Superior Distribution, 5907 Casey Dr., Knoxville, TN 37909-1808 |
| 13599350 | + | Tegna-Wbir, 8350 Broad Street, Suite 2000, Mc Lean, VA 22102-5151 |
| 13599353 | + | US Bank, N.A., Registered Agent, Larry D. Willis, 1688 Belledeer W, Cordova, TN 38016-3536 |
| 13599354 | + | US Bank, N.A. - Equipment Finance, Bankruptcy Dept., 1310 Madrid St, Marshall, MN 56258-4099 |
| 13599355 | | WMCORPORATESERVICES,INC, PO BOX 55558, Boston, MA 02205-5558 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: jeff@uvbtn.com | Jan 08 2024 20:01:00 | United Veteran Builders, LLC, 11433 Couch Mill Rd, Knoxville, TN 37931-2908 |
| aty | | Email/Text: wem@billmaddoxlaw.com | Jan 08 2024 20:01:00 | William E. Maddox, Jr., William E. Maddox, Jr., LLC, P. O. Box 31287, Knoxville, TN 37930 |
| tr | | EDI: BHEBANKS | Jan 09 2024 00:57:00 | Heather Ellis Banks, Mostoller, Stulberg, Whitfield, Allen &, 136 S. Illinois Ave., Suite 104, Oak Ridge, TN 37830-6295 |
| ust | | Email/Text: ustpregion08.kx.ecf@usdoj.gov | Jan 08 2024 20:02:00 | United States Trustee, 800 Market Street, Suite 114, Howard H. Baker Jr. U.S. Courthouse, Knoxville, TN 37902-2303 |
| 13599347 | + | Email/Text: ddyke@schaadcompanies.com | Jan 08 2024 20:02:00 | Schaad Commercial Investments, 150 Major Reynolds Place, Knoxville, TN 37919-4853 |
| 13599351 | | EDI: USBANKARS.COM | Jan 09 2024 00:57:00 | US Bank, Po Box 2188, Oshkosh, WI 54903-3447 |
| 13599352 | + | EDI: USBANKARS.COM | Jan 09 2024 00:57:00 | US Bank, N.A., Bankruptcy Dept., 1310 Madrid St, Marshall, MN 56258-4099 |

TOTAL: 7

| | | |
|---|---|---|
| District/off: 0649-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 08, 2024 | Form ID: 309C | Total Noticed: 27 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Heather Ellis Banks | hbanks@msw-law.com  TN58@ecfcbis.com |
| United States Trustee | Ustpregion08.kx.ecf@usdoj.gov |
| William E. Maddox, Jr. | on behalf of Debtor United Veteran Builders  LLC wem@billmaddoxlaw.com, jnj@billmaddoxlaw.com;r52783@notify.bestcase.com |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor | United Veteran Builders, LLC<br>Name | EIN: 85–2746353 |
| United States Bankruptcy Court | Eastern District of Tennessee | Date case filed for chapter: 7    1/5/24 |
| Case number: | 3:24–bk–30018–SHB | |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline  10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records) at https://ecf.tneb.uscourts.gov.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | United Veteran Builders, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 11433 Couch Mill Rd<br>Knoxville, TN 37931 | |
| 4. | **Debtor's attorney**<br>Name and address | William E. Maddox Jr.<br>William E. Maddox, Jr., LLC<br>P. O. Box 31287<br>Knoxville, TN 37930 | Contact phone 865–293–4953 |
| 5. | **Bankruptcy trustee**<br>Name and address | Heather Ellis Banks<br>Mostoller, Stulberg, Whitfield, Allen & Tippett<br>136 S. Illinois Ave., Suite 104<br>Oak Ridge, TN 37830–6295 | Contact phone 865–482–4466 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://ecf.tneb.uscourts.gov. | William T. Magill<br>Clerk of Court<br>United States Bankruptcy Court<br>Howard H. Baker Jr. U.S. Courthouse<br>Suite 330, 800 Market Street<br>Knoxville, TN 37902 | Hours open:<br>Monday – Friday 8:00 AM – 4:30 PM<br><br>Contact phone (865) 545–4279<br><br>Date: 1/8/24 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **February 6, 2024 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 558 782 0750, Passcode 0722055985 OR, call (865) 234–2031** For additional meeting information go to https://www.justice.gov/ust/moc/ |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br><br>However, secured creditors (creditors who have a security interest in the debtor(s)' property) must provide, prior to the meeting of creditors scheduled in line 7 above, proof to the bankruptcy trustee that their security interest has been perfected. Also, unless a written request for notice is filed at or before the meeting of creditors, the bankruptcy trustee may abandon property of the estate without further notice to creditors. | |

| 9. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **1**